IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Craig Meyer; | ) ) ) |
| Plaintiffs and Relator; | ) 17-cv-0012-LTS-KEM ) ) |
| vs. | ) ) ) |
| RESPIRONICS, INC., | ) ) |
| Defendant. | ) ) |

## **ORDER**

The United States having intervened in part of this action and having declined to intervene in part of this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the Court rules as follows:

IT IS ORDERED that,

1. The-above referenced matter is dismissed with prejudice as to the Relator's claims against Defendant Respironics, Inc.;

2. The above-referenced matter is dismissed with prejudice as to the United States' claims against Defendant Respironics, Inc. for the Covered Conduct as set forth in the parties' settlement agreement, and without prejudice as to any other claim(s);

3. These dismissals dispose of all claims against Defendant Respironics, Inc. in the above-referenced matter;

4. The Relator's Complaint, the Government's Notice of Election to Intervene, Joint Motion to Dismiss, and this Order be unsealed. All other contents of the Court's file in this action not specifically unsealed by this Order shall remain under seal and not be made public or served upon the Defendant; and

5. The seal be lifted on all other matters occurring in this action after the date of this Order.

IT IS SO ORDERED,

This 22nd day of September, 2022.

_____
LEONARD T. STRAND
CHIEF JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA